UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:08-cr-00017-LRH-WGC |
| Plaintiff, ) | |
| ) | <u>MINUTE ORDER</u> |
| vs. ) | |
| ) | December 22, 2011 |
| GERARDO A. CRUZ-CASTRO, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>NONE APPEARING</u>      REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>      NONE APPEARING      </u>

COUNSEL FOR DEFENDANT(S): <u>      NONE APPEARING      </u>

MINUTE ORDER IN CHAMBERS:

    Defendant Gerardo A. Cruz having filed a 28 U.S.C. § 2255 Petition (#132) and a response by the Government appearing warranted,

    IT IS HEREBY ORDERED that a responsive pleading shall be filed by the Government within 45 days of entry of this Order, a reply may be filed by the Defendant within 15 days following the Government's response, and the matter will be submitted to the court for decision or other appropriate action.

                                                      LANCE S. WILSON, CLERK

                                           By: <u>      /s/      </u>
                                                         Deputy Clerk